**Terry SERVOS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44746.**

Missouri Court of Appeals,
Western District.

Jan. 28, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 3, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert A. Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and SPINDEN, JJ.

## OPINION

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Kenneth BENNETT,
Defendant/Appellant.**

**No. 59783.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1992.

Judith LaRose, Columbia, for defendant, appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Columbia, for plaintiff, respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of second degree robbery in violation of § 569.030 RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).